UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,


07 CIV 8487

                        Plaintiffs,

          -against-

DFW MOTEL SUPPLY & TEXTILES, INC.,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLAINTIFFS' DISCLOSURE STATEMENT**

RECEIVED OCT 01 2007 U.S... S.D.N.Y. CASHIERS

        Plaintiffs, by their attorney, Peter M. Levine, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state:

        1.    ARCS & ANGLES, INC., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no corporation owns 10 percent or more of its stock;

        2.    ZAHNER DESIGN GROUP LTD., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no corporation owns 10 percent or more of its stock.

Dated: New York, New York
       September 28, 2007

                                              PETER M. LEVINE (PML-7630)
                                              Attorney for Plaintiffs
                                              488 Madison Avenue
                                              New York, New York 10022
                                              212-599-0009