UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARCS & ANGLES, INC., et ano.,
                         Plaintiff,          Case No. 07 CIV 8487
                                             AFFIDAVIT OF SERVICE
        -against-

DFW MOTEL SUPPLY & TEXTILES,
INC.
                         Defendants.
------------------------------------X
STATE OF TEXAS    )
                  s.s.:
COUNTY OF DALLAS  )

_Lee H. Russell_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the _3RD_ day of October, 2007, at approximately _1:50_ a.m./*p.m.*, deponent served a true copy of the Summons in a Civil Case, Complaint with Jury Demand, Civil Cover Sheet, Plaintiffs' Disclosure Statement, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon DFW Motel Supply & Textiles, Inc. at 4220 Schilling Way, Dallas, Texas by personally delivering and leaving the same with _Yogi Shah_, who informed deponent that *he*/she holds the position of _Manager/Officer_, is authorized to accept service at that address.

_Yogi Shah_ is an _East Indian Male_ approximately _55-60_ years of age, stands approximately _5_ feet, _6"_ inches tall, weighs approximately _150_ pounds with _Black_ hair and _Brown_ eyes.

                                    Sworn to before me this
                                    _3RD_ day of October, 2007.

_____           _____
PROCESS SERVER                      NOTARY PUBLIC

BEATRIZ ADRIANA TORRES
Notary Public, State of Texas
My Commission Expires
04/13/2011