USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,

                Plaintiffs,

-against-

DFW MOTEL SUPPLY & TEXTILES, INC.,

                Defendant.

07 Civ. 8487 (RPP)

**CONSENT JUDGMENT**

    A.    Plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd., and defendant, DFW Motel Supply & Textiles, Inc.("DFW"), have agreed to the entry of this Consent Judgment, which incorporates certain terms, admissions, and covenants of settlement as set forth in the Settlement Agreement resolving the dispute between plaintiffs and defendant.

    B.    Each of the parties has read this Consent Judgment and agrees to be fully bound by its terms.

    Therefore, IT IS SO ORDERED, ADJUDGED AND DECREED:

    1.    During the term of United States Patents No. 6,494,248 (the "248 Patent"), DFW and any officers, directors, shareholders, employees, successors and assigns of DFW, and all those in privity with DFW, shall cease and desist from any and all acts that infringe, or that could reasonably be considered to infringe, the 248 Patent, including without limitation:

    (a)    manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting, or displaying devices for hanging products, including shower curtains, contemplated by the 248 Patent;

    (b)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

2.  During the term of United States Patents No. 6,935,402 (the "402 Patent") DFW and any officers, directors, shareholders, employees, successors and assigns of DFW, and all those in privity with DFW, shall cease and desist from any and all acts that infringe, or that could reasonably be considered to infringe, the 402 Patent, including without limitation:

(c)  manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting, or displaying devices for hanging products, including shower curtains, contemplated by the 402 Patent;

(d)  assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

3.  In addition to any other remedy provided by law, in the event that DFW is found to have breached any provision of Paragraph 1 or Paragraph 2 of this Judgment, DFW shall pay to Arcs& Angles, Inc. liquidated damages in the amount of $100 per day, per item, from the date of the breach through the date such breach is cured.

4.  The Court shall continue to exercise jurisdiction over the parties for the purpose of interpretation and enforcement of the Settlement Agreement and this Consent Judgment.

5.  The parties have consented to the entry of this Consent Judgment without further notice.

Dated: New York, New York
~~October __, 2007~~
November 29 2007

_____
United States District Court Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

2

Plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd., and defendant, DFW Motel Supply & Textiles, Inc., hereby consent to and approve the foregoing judgment as to form and content, hereby consent to the entry thereof without further notice, and hereby waive all rights of appeal that they, or any of them, may have from said Judgment.

ARCS & ANGLES, INC.

By: _____
John Benis, Secretary-Treasurer


ZAHNER DESIGN GROUP LTD.

By: _____
David Zahner, President


DFW MOTEL SUPPLY & TEXTILES, INC.

By: ___J.S. Shah_____
Name: Yogesh Shah
Title: President

3

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

On the 27th day of ~~October~~ November 2007, before me, the undersigned, personally appeared John Benis, personally know to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

PETER LEVINE
Notary Public - State of New York
No. 02LE4981365
Qualified in Westchester County
Commission Expires 5/13/0711

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

On the 27th day of ~~October~~ November 2007, before me, the undersigned, personally appeared David Zahner, personally know to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public
PETER LEVINE
Notary Public - State of New York
No. 02LE4981365
Qualified in Westchester County
Commission Expires 5/13/0711

4

STATE OF TEXAS           )
                         )ss.:
COUNTY OF __DALLAS__ )

On the _14_ day of October 2007, before me, the undersigned, personally appeared _YOGESH S. SHAH &_
_VAISHALINI Y. SHAH._, personally know to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of __IRVING__, State of Texas.

DL # 04538683 TX.
DL # 18121255 TX.

_____
Notary Public



SUMBUL S. NYER
MY COMMISSION EXPIRES
February 28, 2010

5